**Karl HARMS, Employee/Appellant,**

v.

**E & L WRIGHT BRICK & BLOCK,
Employer/Respondent,**

and

**American Family Mutual Insurance
Company, Insurer/Respondent.**

No. 74404.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 16, 1999.

Application to Transfer Denied
April 27, 1999.

James E. Lownsdale, St. Louis, for Appellant.

Todd D. Hilliker, David A. Feltz, Holkamp, Liese, Beckemeier & Childress, P.C., St. Louis, for respondent.

Before: JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Karl Harms appeals from the trial court's judgment setting aside an order entered January 14, 1998 enforcing a Temporary Award of the Labor and Industrial Relations Commission. The trial court set aside the judgment for lack of jurisdiction. The trial court concluded that section 287.500 RSMo is applicable only to final orders entered by an administrative law judge and found that the order upon which Mr. Harms obtained the judgment of January 14, 1998 was not a final order but rather was an award of temporary total disability.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).